United States District Court for the Middle District of Pennsylvania

**Timothy Boyer**

vs.

**UNFI Wholesale Inc.**

_____/

CASE NO. 1:23-CV-00429-YK

**AFFIDAVIT OF SERVICE**

Commonwealth of Pennsylvania
County of Dauphin    ss:

I, **Chad Spotts**, a competent adult, being duly sworn according to law, depose and say that at **12:26 PM** on **03/20/2023**, I served **UNFI Wholesale Inc.** at **CT Corporation System, 600 North 2nd Street, Harrisburg, PA 17101** in the manner described below:

☐ Defendant(s) personally served.

☐ Adult family member with whom said Defendant(s) reside(s). Relationship is _____.

☐ Adult in charge of Defendant(s) residence who refused to give name and/or relationship.

☐ Manager/Clerk of place of lodging in which Defendant(s) reside(s).

☐ Agent or person in charge of Defendant's office or usual place of business.

☐ _____ an officer of said Defendant's company.

☑ **Other: Served Stefoni Murphy, Intake Specialist.**

a true and correct copy of **Summons in a Civil Action; Civil Action Complaint** issued in the above captioned matter.

Description:
Sex: **Female** Skin: **White** Age: **30** Hair: **Black** Height: **5ft 07in** Weight: **140 lbs**

Sworn to and subscribed before me this
___ day of ___March___, 2023.

_____
Notary Public

Commonwealth of Pennsylvania - Notary Seal
John F. Shinkowsky, Notary Public
Dauphin County
My commission expires September 28, 2026
Commission number 1151303
Member, Pennsylvania Association of Notaries

X_____
Chad Spotts
Shinkowsky Investigations
PO Box 126538
Harrisburg, PA 17112
(800) 276-0202
Atty File#: -  Our File#: **80633**

Law Firm: **Dion and Goldberger, Attorneys at Law**
Address: **1845 Walnut Street, Suite 1199, Philadelphia, PA 19103**
Telephone: **215-546-6033**

